72 F.3d 133
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
Sylvester JONES, Appellant,
v.
Fernando J. GAITAN, Jr., United States District Judge,
Western District of Missouri, Kansas City, Missouri; Robert
F. Conner, Clerk, District Courts; Law Firm of Jones,
Korum, Waltrip and Jones; Alan L. Farkas; Robert E. Jones;
Attorneys; Marvin J. Nodiff, Attorney at Law; Edward L.
Dowd, Jr., United States Attorney, Eastern District of
Missouri, Eastern Division; Janet Reno, United States
Attorney General, U.S. Department of Justice; Richard S.
Arnold, Chief Circuit Judge, United States Court of Appeals
for the Eighth Circuit; Joseph B. Moore, Assistant U.S.
Attorney, Eastern District of Missouri, St. Louis, Missouri;
First American Title Insurance Company; Gundaker Realtors,
Inc., Better Homes and Gardens Corporation; Louis Freeh,
Director FBI; William H. Rehnquist, United States Supreme
Court, Chief Justice; Anthony M. Kennedy; Sandra Day
O'Connor; Antonin Scalia; David H. Souter; John Paul
Stevens; Clarence Thomas; Stephen G. Breyer; Ruth Bader
Ginsburg; Byron R. White; Harry A. Blackmun; William K.
Suter, Clerk; Frank D., Reporter of Decisions; Alfred
Wong, Marshal; Shelley L. Dowling, Librarian; Audrey J.
Anderson, Law Clerk; Eric Sceuemann; Ronald J. Dangel;
Jeffrey Mayer; Molly McUsic, Law Clerks for Rehnquist and
Blackmun; Judicial Council of the Eighth Circuit, of the
United States; Theodore McMillian; George G. Fagg; Pasco
M. Bowman; Roger L. Wollman; Frank J. Magill; C. Arlen
Beam; James B. Loken, Circuit Judges; Jimm L. Hendren;
Ronald E. Longstaff; Diana E. Murphy; Stephen N. Limbaugh;
Lyle E. Strom; Patrick A. Conmy, District Judges;
Judicial Council of the District of Columbia Circuit, of the
United States; Abner J. Mikva, Chief Circuit Judge; Harry
T. Edwards; Laurence H. Silberman; Unknown Sentelle;
Unknown Henderson, District Judge; Unknown Gogers, District
Judge; John Garrett Penn, Chief Judge; Charles R. Richey;
Harold H. Greene; Joyce Hens Green; Stanley Sporkin;
Royce C. Lamberth, United States District Judges, District
of Columbia; Norma Holloway Johnson; Thomas Penfield
Jackson; Thomas Francis Hogan; Stanley S. Harris; George
H. Revercomb; Aubrey E. Robinson, Jr., Clerk; Nancy
Mayer-Whittington, Staff Attorney; Maureen DonhueFeinroth;
U.S. Court of Appeals, for the District of Columbia, en
banc; Patricia M. Wald; Spotswood W. Robinson, III;
Robert H. Bork; Kenneth W. Starr; James L. Buckley;
Stephen F. Williams; Douglas H. Ginsburg; Edward L.
Filippine, Chief Judge, United States District Court for the
Eastern District of Missouri, en banc; Clyde S. Cahill;
William H. Hungate; George F. Gunn, Jr.; Jean C. Hamilton;
Carol E. Jackson; John F. Nangle; Catherine D. Perry;
Charles A. Shaw; Donald J. Stohr, as United States
Attorney, now Federal Judge; David D. Noce, United States
Magistrate; Robert Landsland; William S. Bahn, United
States Magistrate; Henry J. Fredericks, Assistant United
States Attorney; Wesley D. Wedemeyer, Assistant United
States Attorney; Thomas E. Dittmeier, Former United States
Attorney; Stephen B. Higgins, Former United States
Attorney; William C. Bryson, Acting U.S. Solicitor General;
Stuart E. Schiffer, Acting U.S. Solicitor General; Barbara
L. Herwig, U.S. Attorney; Colette J. Winston, U.S.
Attorney; Charles Fried, Former U.S. Solicitor; Drew S.
Day, III, U.S. Solicitor General; Christopher W. Vasil,
Deputy Clerk United States Supreme Court; Francis J.
Lorson, Deputy Clerk United States Supreme Court; John Doe,
Clerk, In Forma Pauperis Department; Jay B. Stephens,
United States Attorney, and Assistant Attorney District of
Columbia; John Dates, United States Attorney and Assistant
Attorney District of Columbia; R. Craig Lawrence, United
States Attorney and Assistant Attorney District of Columbia;
Sharon Unknown, United States Attorney and Assistant
Attorney District of Columbia; Jo Ann Farrington, Assistant
United States Attorney General; James P. Turner, Assistant
United States Attorney General; Diane C. Roberts, Assistant
United States Attorney General; John R. Dunne, Assistant
United States Attorney General; Daniel Mastas, Assistant
United States Attorney General; Deborah C. Westbrook,
Assistant United States Attorney General; Hazel G. Briggs,
Assistant United States Attorney General; Christopher A.
Rizzuto, Assistant United States Attorney General; Linda K.
Davis, Assistant United States Attorney General; Mandel A.
Rodriguez, Assistant United States Attorney General; Paul
W. Suddes, Assistant United States Attorney General; John
Doe, Attorney Head of Civil Rights Division; United States
Department of Justice, Washington, D.C.; Joseph R. Biden,
Jr., Former Chairman, United States Committees on the
Judiciary; Edward M. Kennedy; Howard M. Metzenbaum;
Dennis Deconcini; Patrick J. Leahy; Howell Heflin; Paul
Simon; Herbert Kohl; Dianne Feinstein; Carol
Moseley-Braun; Orrin G. Hatch, Chairman; Strom Thurmond;
Alan K. Simpson; Charles E. Grossley; Arlen Spector; Hank
Brown; William S. Cohen; Larry Pressler, United States
House Committee on the Judiciary; L. Ralph Meecham,
Administrative Office of the United States Courts; James E.
Macklin, Jr.; John K. Rabiej; Michael R. Bromwich, U.S.
Inspector General; Drug Enforcement Agency; Randall D.
Oitker, Special Agent; Tom Smith, Supervisor; Steven D.
Stoddard, Agent of Assistant U.S. Attorney; James D.
McDowell, Agent of Assistant U.S. Attorney; Dennis Backer,
Agent of Assistant U.S. Attorney; Michael Adams, Agent of
Assistant U.S. Attorney; Kenneth M. Sink, Agent of
Assistant U.S. Attorney; Frank J. Smms, Agent of Assitant
U.S. Attorney; William Barr; Richard Thronburgh, Former
U.S. Attorney Generals; John C. Danforth, U.S. Senator;
Christopher S. Bond, U.S. Senator; John Feikens, U.S.
District Judge; Unknown Martin; Unknown Wellford; Unknown
Weick, U.S. Circuit Judges, Sixth Circuit; Richard Rogers,
U.S. District Judge, Kansas City, Kansas; U.S. Court of
Appeals En Banc, for the Tenth Circuit; William Baker,
Former Assistant U.S. Attorney General; Federal Bureau of
Investigation; City of St. Louis; St. Louis Board of
Police Commissioners; James S. Conway, President, St. Louis
Board of Police Commissioners; Charles E. Mischeaux, Vice
President, St. Louis Board of Police Commissioners; Rodney
D. Williams, Secretary, St Louis Board of Police
Commissioners; Anne Marie Clarke; Matthew J. Tadberg;
Freeman Bosley, Jr., Mayor, City of St. Louis; Nicholas
Penninan, St. Louis Post Dispatch Newspaper, Owner and
Publisher; Laszlo Domjam, Editor; Foster S. Davis; Ronald
Wilnow; William Woo, Editor; Ed Higgins; Dona Korando;
Tim Bross; Bob Posen; Margaret Freivogel; Rex Sim; Roger
Ruwe; U.S. Postmaster General; Robert Benett, Supervisor,
U.S. Postal Service; John C. Goodman, Manager; Unknown
Carriers, U.S. Postal Service; Clarence Harmon, Police
Chief; Michael Riley, Police Detective; Unknown Police
Officers; Unknown Polygraph Operator; St. Louis Police
Department; Robert S. St. Vrain, Clerk; Susanna Tomlinson,
Deputy Clerk, U.S. District Court, Eastern Missouri;
Jeffrey D. Atkins, Assistant Clerk, U.S. Supreme Court;
Joseph F. Spaniol, Jr., Former Clerk, U.S. Supreme Court;
Unknown McAdonial, U.S. Probation Officer during 1976;
Eyvon Mendenhall, Former Clerk, U.S. District Court, Eastern
Missouri; Washington Post Newspaper, owners; Donald
Graham, Publisher; Leonard Downie, Jr., Executive Editor;
Robert G. Kaiser, Managing Editor; Thomas Wilkinson,
Assistant Managing Editor; Meg Greenfield, Editorial Page
Editor; Stephen Rosenfeld, Editorial Page Deputy Editor;
Kenneth Ikenberry, Editorial Page Assistant Editor; Richard
Croker, News Assistant Managing Editor; Wendy Ross, News
Editor; Robert Williams, News Assistant Editor; Fred
Barbash, National News Editor; Karen DeYoung, National News
Assistant Managing Editor; Bob Barnes, National News Deputy
Editor; Bradley Graham, National News Deputy Editor;
Maralee Schwartz, National News Deputy Editor; City of
Bridgeton; Unknown Mayor, City of Bridgeton; City of
Clayton; Unknown Mayor, City of Clayton, City of Northwood;
Unknown Mayer, City of Northwood; St. Louis County;
Scott O'Wright; Dean Whipple, U.S. District Judge, Western
District of Missouri, Jefferson City; Michael A. Forst,
Attorney at Law; J. Martin Hadican, Attorney at Law;
Marvin J. Nodiff, Attorney at Law; Robert E. Keaney; James
W. Reeves; Moser, Marsaley, Carpenter, Cleary, Jaeckel and
Keaney; Raymond Howard, Attorney at Law; J. Scott
Richardson, Attorney at Law; Unknown Defendants, and other
persons names unknown at this time, Appellees.
 No. 95-1789.
 United States Court of Appeals, Eighth Circuit.
 Submitted Dec. 7, 1995.
Filed Dec. 15, 1995.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Sylvester Jones appeals from the district court's[1] order dismissing Jones's civil rights complaint. Having carefully reviewed the record, we conclude that the district court correctly denied relief. Accordingly, the district court's judgment is affirmed. See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri